

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00450-CV

| | | |
|---|---|---|
| One 2006 Harley Davidson Motorcycle, Vin/1HD4CAM126K461441 | § | From the 355th District Court |
| | § | of Hood County (C2016119) |
| v. | § | October 26, 2017 |
| The State of Texas | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr